B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: Catrina Daniel                           Case No. __13 B 13482__
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __76.50__    on or before May 1, 2013

   $ __76.50__    on or before May 31, 2013

   $ __76.50__    on or before July 1, 2013

   $ __76.50__    on or before August 1, 2013

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                              (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: April 3, 2013

BY THE COURT:

_Pamela S Hollis_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )
Catrina Daniel                      )    Bankruptcy No.  13 B 13482
                                    )
                                    )
         Debtor(s).                 )

## CERTIFICATE OF MAILING

I, __Lester Smith__, hereby certify that on __April 3, 2013__, I caused to be served via First Class Mail copies of the attached Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee to the parties named below.

**Catrina Daniel**
4101 W Gladys
Chicago, IL 60624

**R Scott Alsterda** (ECF)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Patrick S Layng (ECF)
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: _____
Relief Courtroom Deputy